**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: <br><br> Michael S Raskay, Denise E Raskay <br>    Debtors <br><br> Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2018-20TT            Movant <br>    v. <br> Michael S Raskay, Denise E Raskay, <br>        Debtors/Respondents <br><br> William C. Miller, Esq. (Trustee) <br>           Trustee/Respondent | Bankruptcy No. 20-11660-mdc <br><br> Chapter 13 <br><br> Related to Doc. No. 2 |

**CHAMPION MORTGAGE COMPANY'S OBJECTION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN**

Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2018-20TT, ("Wilmington Savings Fund"), by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor, Cleason L Stoner, Sr, and in support thereof alleges as follows:

1. Debtor, Cleason L Stoner, Sr ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 29, 2019.

2. Wilmington Savings Fund Mortgage holds a security interest in the Debtor's real property located 409 Evans Avenue Willow Grove, PA 19090 (the "Property"), by virtue of a Mortgage recorded with the Montgomery County Recorder of Deeds on February 22,

2006 instrument number 2006021840, which has ultimately been assigned to Wilmington Savings Fund.

3. Said Mortgage secures a Note in the amount of $200,000.00.

4. Upon information and belief, it is anticipated that Wilmington Savings Fund's Proof of Claim will include a pre-petition arrearage of over $31,364.66. A true and correct copy of the pre-petition arrearage is attached hereto as Exhibit "A."

5. On March 17, 2020, Debtor filed a Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan also proposes to pay Wilmington Savings Fund's arrearage in the amount of $29,000.00, over the life of the plan. See Exhibit "B."

7. Thus, the Plan is underfunded, as therefore, infeasible.

8. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) Wilmington Savings Fund hereby objects to Debtor's proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

WHEREFORE, Secured creditor, Wilmington Savings Fund, respectfully requests that this Court not confirm Debtor's Chapter 13 Plan.

        Respectfully Submitted,

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Brandon Pack
Brandon Pack, Esquire
Pennsylvania Bar Number 311976

Date: May 6, 2020

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Michael S Raskay, Denise E Raskay<br>                Debtors<br><br>Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2018-20TT          Movant<br>    v.<br>Michael S Raskay, Denise E Raskay,<br>                Debtors/Respondents<br><br>William C. Miller, Esq. (Trustee)<br>                Trustee/Respondent | Bankruptcy No. 20-11660-mdc<br><br>Chapter 13<br><br>Related to Doc. No. 2 |

## **CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY** that on May 6, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Michael S Raskay
409 Evans Avenue
Willow Grove, PA 19090

Denise E Raskay
409 Evans Avenue
Willow Grove, PA 19090

WILLIAM C. MILLER, Esq.

Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                                        Respectfully Submitted,

                                        Robertson, Anschutz, Schneid & Crane LLC
                                        Attorney for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: /s/Brandon Pack
                                        Brandon Pack, Esquire
                                        Pennsylvania Bar Number 311976

Date: May 4, 2020