**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

   MICHAEL S RASKAY                   Chapter 13
   DENISE E RASKAY

                Debtor                 Bankruptcy No. 20-11660-MDC

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

     **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded plan, in that the total filed proofs of claim which are to be paid through the plan exceed the value of the plan.

     The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

     The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

     **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                           Respectfully submitted,

                                           /s/ William C. Miller

                                         _____
                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee
                                         P.O. Box 1229
                                         Philadelphia, PA 19105
                                         Telephone: (215)627-1377