## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  Michael S Raskay<br>  Denise E Raskay<br><br>         Debtor(s)<br>------------------------------------------<br>Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2018-20TT<br>         Creditor/Movant<br>v.<br>Michael S Raskay<br>Denise E Raskay<br><br>         Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 20-11660-mdc<br><br>Judge: COLEMAN, MAGDELINE D. |

### ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, upon consideration of the Stipulation between Debtor and Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2018-20TT, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

*Magdeline D. Coleman*

February 2, 2021

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE